**(STAY / JS6 Admin)**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONGCHUN GONG,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | No. 5:24-cv-00010-SSS-SHKx<br><br>**ORDER RE: JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION**<br><br>Honorable Sunshine S. Sykes<br>United States District Judge<br><br>**NOTE CHANGES MADE BY COURT** |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until June 24, 2025.

The parties are further DIRECTED to file a Joint Status Report no later than June 10, 2025, advising the Court of the status of this action.

The Clerk is DIRECTED to close the case administratively.

Dated: March 4, 2024

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE